UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BATASKI BAILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UPGRADE, INC., et al.,<br><br>　　　　Defendants. | Case No. 25-cv-00582-PHK<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. 49 |

On August 13, 2025, this action was directly assigned to the undersigned. [Dkt. 48]. On August 18, 2025, the undersigned issued an order setting a Case Management Conference for September 9, 2025. [Dkt. 46]. The Parties were ordered to submit a Case Management Conference Statement by September 2, 2025. *Id.*  As of the date of this order, neither Party has filed a Case Management Conference Statement. As such, the Court hereby **RESETS** the Case Management Conference for October 15, 2025, at 11:00 am. The Parties are **ORDERED** to file a Case Management Conference Statement by October 6, 2025.

**IT IS SO ORDERED.**

Dated: September 8, 2025

_____
PETER H. KANG
United States Magistrate Judge